UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 8:22-cv-00291-CJC-KES | Date | May 25, 2022 |
|---|---|---|---|
| Title | Yeong Lee v. Brookhurst Pham LLC et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

It is a plaintiff's responsibility to prosecute the action diligently and respond promptly to Court orders. The Court's Order Regarding Prosecution of Certain Cases Under the Americans with Disabilities Act states that "a request for default must be filed no later than **5 days after the time the response to the complaint would have been due**." (Dkt. 9 [hereinafter the "Order"] at 2 [emphasis in original].)  The Order further admonishes that "failure to comply with this Order in a particular case will result in a dismissal for lack of prosecution." (*Id.* at 3.)

In this case, Plaintiff served Defendant on April 23, 2022.  (Dkt. 10.) Defendant's answer was therefore due on or before May 16, 2022. (*Id.*) Although more than 5 days have passed since that date, Defendant has not responded to the Complaint and Plaintiff has not filed a request for default.  The Court therefore **DISMISSES** this action for lack of prosecution.

Initials of Deputy Clerk:   rrp